IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LEO DIGITAL (HONG KONG) COMPANY LIMITED,**  *Plaintiff*,  v.  **THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**  *Defendants*. | Civil Action No. 1:23-cv-03745  Honorable Mary M. Rowland |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Leo Digital (Hong Kong) Company Limited hereby voluntarily dismisses all claims in this action without prejudice against Defendants WENxianyou 6-14 Delivery Days (ID: A8MMZGQ2HL2FV), Mefallenssiah (ID: AOSY724TNHY4), Makeeta (ID: A135L0IXH1D5T8), EQWLJWE (ID: 101125995), Holloyiver (ID: 101289674), Loyerfyivos (ID: 101290465), TUTUnaumb (ID: 101180336), Wovilon (ID: 101259944), and YYNKM (ID: 2772786410) (collectively, "Defendants"). Prior to the filing of this notice, Defendants have not filed an answer or a motion for summary judgment.

DATED: September 26, 2023 Respectfully submitted,

By: */s/ Stevenson Moore V*
David R. Bennett
**Direction IP Law**
P.O. Box 14184
Chicago, Illinois 60614
Tel: (312) 291-1667
dbennett@directionip.com

Of Counsel:
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Tong Jin
New York Bar No. 5871959
tjin@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 26, 2023, the foregoing was electronically filed using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Stevenson Moore*
Stevenson Moore