IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEO DIGITAL (HONG KONG) COMPANY LIMITED, *Plaintiff*, v. THE PARTNERSHIPS and UNINCOPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | Civil Action No. 1:23-cv-03745 Honorable Mary M. Rowland |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Leo Digital (Hong Kong) Company Limited hereby voluntarily dismisses all claims in this action without prejudice against Defendant georg (Store ID: AAVKWNTD7UYYR). Prior to the filing of this notice, Defendant Goatopen has not filed an answer or a motion for summary judgment.

DATED: November 21, 2023       Respectfully submitted,

By: */s/ Stevenson Moore V*
David R. Bennett
**Direction IP Law**
P.O. Box 14184
Chicago, Illinois 60614
Tel: (312) 291-1667
dbennett@directionip.com

Of Counsel:
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Tong Jin
New York Bar No. 5871959
tjin@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that, on November 21, 2023, the foregoing was electronically filed using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Stevenson Moore*
Stevenson Moore