# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LEO DIGITAL (HONG KONG) COMPANY LIMITED,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCOPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants*. | Civil Action No. 1:23-cv-03745<br><br>Honorable Mary M. Rowland |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on December 18, 2023 [42], in favor of Plaintiff Leo Digital (Hong Kong) Company Limited ("Plaintiff") and against the Defendants Identified in Schedule A, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as the following Defendant:

| **Defendant Name** | **No.** |
|---|---|
| LOFIU | 9 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: February 12, 2024 Respectfully submitted,

By: */s/ Tong Jin*
David R. Bennett
**Direction IP Law**
P.O. Box 14184
Chicago, Illinois 60614
Tel: (312) 291-1667
dbennett@directionip.com

Of Counsel:
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Tong Jin
New York Bar No. 5871959
tjin@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 12, 2024, the foregoing was electronically filed using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Tong Jin*
Tong Jin